# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MYERS, KEVIN R § Case No. 13-83559
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/20/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated : 07/29/2014     By: /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MYERS, KEVIN R                    § Case No. 13-83559
                                         §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 33,379.12 |
| *and approved disbursements of* | $ 32.00 |
| *leaving a balance on hand of* [1] | $ 33,347.12 |
| **Balance on hand:** | $ 33,347.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 33,347.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,087.91 | 0.00 | 4,087.91 |
| Trustee, Expenses - JOSEPH D. OLSEN | 203.21 | 0.00 | 203.21 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,417.00 | 0.00 | 1,417.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,708.12 |
| Remaining balance: | $ 27,639.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 27,639.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 27,639.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,394,118.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Associated Bank, National Assocation | 0.00 | 0.00 | 0.00 |
| 1 -2 | Associated Bank, National Assocation | 2,389,139.39 | 0.00 | 27,581.52 |
| 2 | Capital Recovery V, LLC | 1,062.90 | 0.00 | 12.27 |
| 3 | Capital Recovery V, LLC | 3,916.56 | 0.00 | 45.21 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 27,639.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-83559-TML
Kevin R Myers                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: lorsmith          Page 1 of 1           Date Rcvd: Jul 30, 2014
                             Form ID: pdf006         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2014.
```
db          +Kevin R Myers,    1325 Carolyn Court,    Belvidere, IL 61008-2401
21121595    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
21381940    +Associated Bank Illinois,    National Association,    612 N. Main St.,    Rockford, IL 61103-6967
21121596    +Associated Bank, National Assocation,    Associated Bank, N.A.,    Attn: Nick Mahan,
              16 North Sprin Street,    Elgin, IL 60120-5501
21121598     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
21121599    +CitiCards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
21121602    +John & Betty Martin,    722 Enford Ct.,    Katy, TX 77450-2005
21121603    +Lisa Myers,    1325 Carolyn Ct,    Belvidere, IL 61008-2401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21121597    +E-mail/Text: collections@blackhawkbank.com Jul 31 2014 00:46:10     Blackhawk State Bank,
              2475 N Perryville Rd,    Rockford, IL 61107-6820
21599535     E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2014 00:53:13     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21121600    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 00:55:17     GE Capital Retail Bank,
              Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
21121601    +E-mail/Text: tjacobs@jacobsandpinta.com Jul 31 2014 00:46:40     Jacobs & Pinta,
              77 West Washington St,    Suite 1005,    Chicago, IL 60602-3259
21121604    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2014 00:57:29     LOWE'S **,    P.O. Box 103104,
              Rosewell, GA 30076-9104
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21121605    ##+Mercury Payment Systems,    7595 Technology Way,    Suite 200,    Denver, CO 80237-3008
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2014 at the address(es) listed below:
```
              Brian A Hart    on behalf of Debtor Kevin R Myers brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 5
```